UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**

DEC 0 9 2019



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ANTOINE D. JOHNSON, MD,

    Petitioner

vs.

P. THOMPSON, WARDEN,

    Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 2:19-CV-2431-EFB (HC)

I, __ANTOINE D. JOHNSON, MD__, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration.   __Herlong Satellite Camp__

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
       I can't recall.

3. In the past twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
                Not Applicable.

I declare under penalty of perjury that the above information is true and correct.

__11/30/2019__
DATE

SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __.03__ on account to his/her credit at __FCI HERLONG__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __15.83__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __436.75__.

__12/4/19__
DATE

SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

December 4, 2019

To: **Clerk of the Court**
From: **Antoine D. Johnson, MD**
**#61306-019**

Dear Sir or Madam,

Enclosed is a completed copy of an IN FORMA PAUPERIS application intended to accompany my **EMERGENCY APPLICATION FOR MANDAMUS**.

Please substitute or add this completed application.

Note: I have not been notified of the case number to the underlying emergency action, so please take care. To assist you, the **MANDAMUS** action is dated November 30, 2019.

Cordially,

*[signature]*
Antoine D. Johnson, MD