UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE D. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>P. THOMPSON,<br><br>　　　　　Respondent. | No. 2:19-cv-2431-MCE-EFB P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2020, (ECF No. 12) are ADOPTED in full;

2. The petition (ECF No. 1) is DISMISSED for failure to state a cognizable claim;

3. Petitioner's Motion to Amend (ECF No. 15) is DENIED as moot;

4. The Clerk is directed to close the case; and

5. The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: April 30, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2